UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Roney Harris
    Plaintiff,

Vs.

PHH Mortgage Corporation, et al.
    Defendants.

CIVIL ACTION

NO. **3:13-CV-30015-MAP**

January 8, 2014

## MOTION TO COMPEL DISCOVERY

Plaintiff moves this honorable Court to compel PHH Mortgage Corporation to answer his Plaintiff's Notice Of And First Request For Discovery. In support of his motion to compel, Plaintiff states:

On November 13, 2013, Plaintiff served to Defendant, PHH Mortgage Corporation, a copy of Plaintiff's first request for discovery. (See Exhibit A.)

As of this date of January 8, 2014, Defendant has not responded to said request.

Included in the request were Interrogatories, Requests For Admissions, Request For Production Of Documents, and Requests For Production of documents identified, referred to, or reviewed in responding to interrogatories.

In view of Defendant's refusal to respond to Plaintiff's discovery requests, Plaintiff requests that the Requests For Admissions be considered admitted, and that Defendant be compelled to respond to Plaintiff's Interrogatories and Requests For Production.

*[Handwritten order:] ALLOWED. Defendant will respond to Plaintiff's discovery requests by March 24, 2014. So ordered. Michael A. Ponsor USDJ 2-21-14*

1